PEOPLE v TRIGGER. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 February 9, 1972, at Detroit. (Docket No. 12470). Decided March 31, 1972. Leave to appeal denied, 388 Mich 782.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Michael R. Mueller* and *Edward R. Wilson*, Assistant Prosecuting Attorneys, for the people.

*Joseph V. Lutomski* and *Sidney Kraizman*, for defendant on appeal.

Before: BRONSON. P. J., and V. J. BRENNAN and O'HARA, JJ.

MEMORANDUM OPINION. Defendant, and a codefendant, were charged with second-degree murder (MCLA 750.317; MSA 28.549) and found guilty as charged by a jury in Detroit Recorder's Court. Defendant appeals as of right. An examination of the briefs and records discloses no prejudicial error.

Affirmed.